IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH EDWARD JENNELLE, ) | Civil Action No. 7:15-cv-00199 | |
|     Plaintiff, ) | | |
| ) | | |
| v. ) | MEMORANDUM OPINION | |
| ) | | |
| DUFFIELD REGIONAL JAIL, et al., ) | By:   Hon. Michael F. Urbanski | |
|     Defendants. ) | United States District Judge | |

    Keith Edward Jennelle, a Virginia inmate proceeding pro se, filed a Complaint pursuant to 42 U.S.C. § 1983 with jurisdiction vested in 28 U.S.C. §§ 1331 and 1343. Plaintiff names the Duffield Regional Jail and Tazewell Regional Jail ("Jails") as the defendants. The court must dismiss the complaint because Plaintiff fails to name a person acting under color of state law as a defendant. See, e.g., West v. Atkins, 487 U.S. 42, 48 (1988). Plaintiff names only the Jails as defendants, which are not amenable to suit via § 1983. See Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]"). Accordingly, Plaintiff presently fails to state a claim upon which relief may be granted, and the court dismisses the complaint without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1).

    Entered: June 15, 2015

    /s/ Michael F. Urbanski

    Michael F. Urbanski
    United States District Judge