CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 2 2015

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH EDWARD JENNELLE, | ) | Civil Action No. 7:15-cv-00199 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DUFFIELD REGIONAL JAIL, et al., | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |       United States District Judge |

Plaintiff Keith Edward Jennelle filed a motion for reconsideration of the order dismissing his civil action pursuant to 42 U.S.C. § 1983 without prejudice for failing to state a claim. Plaintiff does not describe any sufficient basis to vacate the dismissal order, and accordingly, the motion for reconsideration is **DENIED**.

The Clerk shall send a copy of this Order to Plaintiff.

It is so **ORDERED**.

ENTER: This 12th day of August, 2015.

/s/ Michael F. Urbanski
United States District Judge